*Judge Hellerstein*

**07 CV 3557**

243-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

MAY 03 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
METAL UND ROHSTOFF SHIPPING BV,

           Plaintiff,

   -against -

ACE MARITIME INC.,

           Defendant.
-----------------------------------------------------------------x

07 CV _____ ( ___ )

**RULE 7.1 STATEMENT**

The Plaintiff, METAL UND ROHSTOFF SHIPPING BV, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 3, 2007

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff GE SEACO SRL
                     By: _____
                          Peter J. Gutowski (PG 2200)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/282727.1