243-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

METAL UND ROHSTOFF SHIPPING BV,   07 CV 3557 (AKH)

                Plaintiff,   NOTICE OF DISMISSAL AND
                   ORDER DIRECTING
   -against -   WITHDRAWAL OF ATTACHMENT
                   AND RELEASE OF ATTACHED
ACE MARITIME INC.,   FUNDS

                Defendant.
----------------------------------------------------------------x

       Upon application of the Plaintiff, the Defendant not having appeared, filed an answer or a motion for summary judgment, the above entitled action is hereby discontinued pursuant to Fed.R.Civ.P.41(a)(1)(ii), and any garnishee who is holding funds pursuant to the attachment, including The Bank of America and HSBC Bank, is hereby directed to release the funds from attachment and remit them to the Defendant.

Dated: January 3, 2008
       New York, New York

                                  FREEHILL HOGAN & MAHAR LLP
                                  Attorneys for Plaintiff
                                  METAL UND ROHSTOFF SHIPPING BV

                                  By: _____
                                  Peter J. Gutowski (PG 2200)
                                  80 Pine Street, 24th Floor
                                  New York, NY 10005
                                  (212) 425-1900
                                  (212) 425-1901 fax

So ordered 1/17/08
[signature]

NYDOCS1/296271.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08